IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| E.I. DUPONT DE NEMOURS AND COMPANY, | : : : | |
| Plaintiff, | : : | |
| v. | : : | Civil Action No. 09-674 JJF |
| INVISTA S.A.R.I., | : : | |
| Defendant, | : : | |

### MEMORANDUM ORDER

The Court held a Rule 16 Scheduling Conference on December 3, 2009 and heard the parties concerning the issues in dispute and their respective proposals for scheduling. After considering the parties various positions and the matters at issue;

IT IS HEREBY ORDERED that:

1. The parties shall commence discovery, specifically the exchange of Interrogatories including Contention Interrogatories, and Document Production.

2. The Court will conduct a two (2) day non-binding mock trial commencing on **January 12, 2010 at 8:30 a.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. The attendance of the Chief Executive Officer or Chief Financial Officer of each party is required. The Court will empanel eight (8) jurors. Other than relevancy, the rules of evidence will not apply. Each side may present up to three (3) witnesses; however, direct examination shall not

exceed two (2) hours for any witness.  Cross-examination of a witness shall not exceed forty-five (45) minutes.  Opening Statements are permitted with time charged against the party's total allocation of time.  The parties will be permitted to make a Closing Argument with time to be allocated by the Court.

       3. Plaintiff E.I. DuPont de Nemours and Company's Motion To Commence Discovery (D.I. 6) is **DENIED** as moot.

December  4  , 2009
DATE

_____
UNITED STATES DISTRICT JUDGE